**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PLAZ HALL MURDOCK-ALEXANDER, JR., on behalf of himself and other similarly situated laborers,<br><br>                            Plaintiff,<br><br>v.<br><br>TEMPS NOW EMPLOYMENT AND PLACEMENT SERVICES, LLC and EMCO CHEMICAL DISTRIBUTORS, INC.,<br><br>                            Defendant. | Case No. 16 C 5182<br><br>Judge Blakey<br><br>Magistrate Judge Schenkier |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff Plaz Hall Murdock-Alexander, Jr., by his attorneys, and Defendants TempsNow Employment and Placement Services, LLC and Emco Chemical Distributors, Inc., by their respective attorneys, hereby stipulate to the dismissal of Plaintiff's lawsuit *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own fees and costs.

Respectfully Submitted,

For Plaintiff:

*/s/Christopher J. Williams*
Christopher J. Williams
Workers' Law Office P.C.
53 W Jackson Blvd., Ste. 701
Chicago, IL 60604

*Attorney of Plaintiff*

For Defendants:

*/s/Lindsey A. Watson*
Lindsey A. Watson
Gordon & Rees
One North Franklin, Suite 800
Chicago, Illinois 60606

*Attorney for Defendant TempsNow*
*Employment and Placement Services, LLC*

*/s/Michael Hughes*
Michael Hughes
Smith Amundsen LLC.
3815 East Main St., Suite A-1
St Charles, Illinois, 60174
*Attorneys for Defendant Emco Chemical*
*Distributors, Inc.*

Dated:   March 27, 2017